UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

AMY ELLIS,

         Plaintiff,

   v.

AT&T MOBILITY LLC, and DOES ONE through FIFTY, inclusive,

         Defendant.

NO. 2:09-cv-3397 FCD

ORDER

----oo0oo----

The court has reviewed defendant's notice of removal to the United States District Court for the Eastern District of California under 28 U.S.C. §§ 1441(b) based on diversity jurisdiction. The court finds that neither the underlying complaint nor defendant's submissions demonstrates that the amount in controversy exceeds the sum of $75,000.00. Therefore, this action is improperly before this court. Accordingly, the court REMANDS this action to the Superior Court of California, County of Sacramento.

/////

1         IT IS SO ORDERED.
2    DATED: December 8, 2009

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE